[No. 15881-7-II.   Division Two.   July 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ELISEO BAUTISTA-REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00545-9, James E. Warme, J., entered Feb-

ruary 24, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.